# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 29, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2501
>
> Caption:
> SPEECH FIRST, INC.,
>           Plaintiff - Appellant
>
> v.
>
> PAMELA WHITTEN, et al.,
>           Defendants - Appellees
>
> ---
>
> District Court No: 1:24-cv-00898-JPH-MG
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James P. Hanlon
>
> Date NOA filed in District Court: 08/28/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)