# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 5, 2024

Before

MICHAEL Y. SCUDDER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| No. 24-2501 | SPEECH FIRST, INC., <br>         Plaintiff - Appellant <br><br> v. <br><br> PAMELA WHITTEN, et al., <br>         Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-00898-JPH-MG <br> Southern District of Indiana, Indianapolis Division <br> District Judge James P. Hanlon ||

The following are before the court:

1. **APPELLANT'S MOTION TO SUSPEND BRIEFING AND SUMMARILY AFFIRM**, filed on August 30, 2024, by counsel for the appellant.

2. **APPELLEES' MOTION TO DISMISS APPEAL AND RESPONSE TO MOTION TO SUSPEND BRIEFING AND SUMMARILY AFFIRM**, filed on September 4, 2024, by counsel for the appellees.

3. **APPELLEES' APPENDIX IN SUPPORT OF THEIR MOTION TO DISMISS APPEAL AND THEIR RESPONSE TO APPELLANT'S MOTION TO SUSPEND BRIEFING AND SUMMARILY AFFIRM**, filed on September 4, 2024, by counsel for the appellees.

No. 24-2501 Page 2

This court has carefully reviewed the final order of the district court, the record on appeal, appellant's motion to suspend briefing and for summary affirmance, and appellees' motion to dismiss. Based on this review, the court has determined that any issues which could be raised are foreclosed by this court's holding in Speech First, Inc. v. Killeen, 968 F.3d 628 (7th Cir. 2020). "Summary disposition is appropriate 'when the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists.'" Williams v. Chrans, 42 F.3d 1137, 1139 (7th Cir. 1995) (citing Joshua v. United States, 17 F.3d 378, 380 (Fed. Cir. 1994)). Based on this court's precedent, the district court correctly held that Speech First does not have standing to seek a preliminary injunction because it has not shown that its members face a credible fear of discipline.

Accordingly, **IT IS ORDERED** that the appellant's motion to suspend briefing and for summary affirmance is **GRANTED**, the appellees' motion to dismiss is **DENIED** as unnecessary, and the judgment of the district court is summarily **AFFIRMED**.

form name: **c7_Order_3J**   (form ID: **177**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 27, 2024

To:  Roger A. G. Sharpe
     UNITED STATES DISTRICT COURT
     Southern District of Indiana
     United States Courthouse
     Indianapolis, IN 46204-0000

|  |  |
|---|---|
| No. 24-2501 | SPEECH FIRST, INC.,<br>        Plaintiff - Appellant<br><br>v.<br><br>PAMELA WHITTEN, et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-00898-JPH-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                              No record to be returned

form name: **c7_Mandate**    (form ID: **135**)