UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SPEECH FIRST, INC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00898-JPH-MG |
| PAMELA WHITTEN, et al. | ) ) ) |
| Defendants. | ) |

**ORDER**

In August 2024, the Court denied Speech First's motion for preliminary injunction and stayed this case pending appeal. Dkt. 33. The Seventh Circuit summarily affirmed, dkt. 38, and the Supreme Court of the United States denied Speech First's petition for writ of certiorari in March 2025.

The stay pending appeal is therefore **lifted** and the parties **shall file** a joint status update **by May 28, 2025**.

**SO ORDERED.**

Date: 5/6/2025

                                        *James Patrick Hanlon*
                                        James Patrick Hanlon
                                        United States District Judge
                                        Southern District of Indiana

Distribution:

All electronically registered counsel