# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SPEECH FIRST, INC. *Plaintiff*, <br><br> v. <br><br> PAMELA WHITTEN, in her official capacity as President of Indiana University, *et al.*, <br><br> *Defendants*. | **The court acknowledges the Joint Stipulation of Dismissal, Dkt. [41]. The Clerk is DIRECTED to close this case on the docket. The motion to dismiss, Dkt. [24] is dismissed as moot.** <br> **JPH 5/30/2025.** <br> **Distribution via ECF.** <br><br> Case No. 1:24-cv-00898 |

## JOINT STIPULATION OF DISMISSAL

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to the dismissal of this case without prejudice. Each side will bear its own costs, expenses, and attorney's fees.

Date: May 28, 2025

Respectfully submitted,

/s/ *John R. Maley*
John R. Maley
Dylan A. Pittman
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
jmaley@btlaw.com
dpittman@btlaw.com

*Counsel for Defendants*

/s/ *Cameron T. Norris*
J. Michael Connolly (*pro hac vice*)
Cameron T. Norris
James F. Hasson (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com

Zachary Kester
CHARITABLE ALLIES
3500 Depauw Blvd., Suite 3090
Indianapolis, IN 46268
463-229-0240
zkester@charitableallies.org

*Counsel for Plaintiff*